Scott E. Davis
State Bar No. 016160
SCOTT E. DAVIS, P.C.
8360 E. Raintree Drive, Suite 140
Scottsdale, AZ 85260

Telephone: (602) 482-4300
Facsimile:   (602) 569-9720
email: davis@scottdavispc.com

*Attorney for Plaintiff Anthony Lemesh*

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Anthony Lemesh, | Case No. 2:13-cv-00316-SRB |
| Plaintiff, | **NOTICE OF SETTLEMENT** |
| v. | |
| The Prudential Insurance Company of America, U.S. Foodservice, Inc., U.S. Foodservice, Inc. Long Term Disability Plan, | |
| Defendants. | |

Plaintiff hereby gives notice that this case has settled. The parties are working on finalizing the settlement documentation at this time. The parties will, as soon as possible, file with the Court a Stipulation and Order to dismiss this case with prejudice.

RESPECTFULLY SUBMITTED this 17th day of July, 2013.

SCOTT E. DAVIS, P.C.

*/s/ Scott E. Davis, Esq.*
Scott E. Davis, Esq.
Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

    I hereby certify that on July 17, 2013 I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Dinita L. James, Esq.
Gonzalez, Saggio & Harlan, LLP
2999 N. 44th Street, Suite 130
Phoenix, AZ 85018

Barbara H. Borowski, Esq.
Seyfarth Shaw LLP
131 South Dearborn Street, Suite 2400
Chicago, IL 60603


By:   */s/ Brittany E. Muchmore-Rhoads*
An Employee of Scott E. Davis, P.C.